Monica J. Tranel
TRANEL LAW FIRM, P.C.
401 Washington Street
Missoula, MT 59802
(406) 926-2662
*mtranel@tranelrfirm.com*

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| SUSAN WEBBER and JONATHAN ST. GODDARD, | Case No. |
| Plaintiffs, | |
| Vs | **SUMMONS** |
| U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM in her official capacity; and THE UNITED STATES OF AMERICA, | |
| Defendants. | |

**TO:  UNITED STATES OF AMERICA:**

YOU ARE HEREBY SUMMONED TO answer the Complaint in this

action, which is filed in the office of the Clerk of this Court, a copy of which is

herewith served upon you, and to file your answer and serve a copy thereof upon

the Plaintiffs' attorneys within sixty (60) days after the service of this Summons,

exclusive of the date of service; and in case of your failure to appear or answer,

judgment will be taken against you by default for the relief demanded in the

Complaint.

WITNESS my hand and seal of said Court, the _____ day of April, 2025.

CLERK OF COURT

(Court Seal)

By _____

Deputy Clerk