Monica J. Tranel
TRANEL LAW FIRM, P.C.
401 Washington Street
Missoula, MT 59802
(406) 926-2662
mtranel@tranelrfirm.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SUSAN WEBBER and JONATHAN ST. GODDARD,<br><br>Plaintiffs,<br><br>Vs<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM in her official capacity; and THE UNITED STATES OF AMERICA,<br><br>Defendants. | Case No.<br><br><br>**SUMMONS** |

**TO: KRISTI NOEM, in her official capacity as Secretary of Homeland Security, and the United States Department of Homeland Security:**

YOU ARE HEREBY SUMMONED TO answer the Complaint in this action, which is filed in the office of the Clerk of this Court, a copy of which is herewith served upon you, and to file your answer and serve a copy thereof upon the Plaintiffs' attorneys within sixty (60) days after the service of this Summons,

exclusive of the date of service; and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

  WITNESS my hand and seal of said Court, the _____ day of April, 2025.

CLERK OF COURT

(Court Seal)

           By _____
             Deputy Clerk