# Presidential Documents

Executive Order 14231 of March 6, 2025

## Amendment to Duties To Address the Flow of Illicit Drugs Across Our Northern Border

By the authority vested in me as President by the Constitution and the laws of the United States of America, including the International Emergency Economic Powers Act (50 U.S.C. 1701 *et seq.*), the National Emergencies Act (50 U.S.C. 1601 *et seq.*), section 604 of the Trade Act of 1974, as amended (19 U.S.C. 2483), and section 301 of title 3, United States Code, I hereby determine and order:

**Section 1**. *Background.* Automotive production is a major source of United States employment and innovation and is integral to United States economic and national security. The American automotive industry as currently structured often trades substantial volumes of automotive parts and components across our borders in the interest of bringing supply chains closer to North America. In order to minimize disruption to the United States automotive industry and automotive workers, it is appropriate to adjust the tariffs imposed on articles of Canada in Executive Order 14193 of February 1, 2025 (Imposing Duties to Address the Flow of Illicit Drugs Across Our Northern Border).

**Sec. 2**. *Product Coverage.* (a) Articles that are entered free of duty as a good of Canada under the terms of general note 11 to the Harmonized Tariff Schedule of the United States (HTSUS), including any treatment set forth in subchapter XXIII of chapter 98 and subchapter XXII of chapter 99 of the HTSUS, as related to the Agreement between the United States of America, United Mexican States, and Canada, shall not be subject to the additional ad valorem rate of duty described in section 2(a) or section 2(b) of Executive Order 14193.

(b) The additional rate of duty on potash that is not subject to subsection (a) of this section shall be reduced to 10 percent in lieu of 25 percent.

(c) The modifications set out in this section shall be effective with respect to goods entered for consumption, or withdrawn from warehouse for consumption, on or after 12:01 a.m. eastern standard time on March 7, 2025.

**Sec. 3**. *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect:

   (i) the authority granted by law to an executive department, agency, or the head thereof; or

   (ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative or legislative proposals.

   (b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,
*March 6, 2025.*

[FR Doc. 2025–03990
Filed 3–10–25; 11:15 am]
Billing code 3395–F4–P