LUKE MATHERS
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, NY 10278
(212) 264-9236
luke.mathers@usdoj.gov

*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SUSAN WEBBER and JONATHAN ST. GODDARD,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, THE UNITED STATES OF AMERICA, and, in her official capacity, KRISTI NOEM,<br><br>Defendants. | CV 25-26-JTJ<br><br>**NOTICE OF APPEARANCE** |

Defendants hereby provide notice that undersigned counsel, Luke Mathers, will appear as counsel of record for all Defendants. All further pleadings and correspondence in this action should be directed to him.

1

| | |
|---|---|
| DATED: April 9, 2025 | Respectfully submitted, |
| | YAAKOV M. ROTH<br>Acting Assistant Attorney General |
| | ERIC J. HAMILTON<br>Deputy Assistant Attorney General |
| OF COUNSEL: | PATRICIA M. McCARTHY<br>Director |
| ALEXANDER K. HAAS<br>Director | /s/ Luke Mathers<br>CLAUDIA BURKE<br>Deputy Director |
| STEPHEN M. ELLIOTT<br>Assistant Director<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch | JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office<br>SOSUN BAE<br>Senior Trial Counsel |
| KURT G. ALME<br>United States Attorney<br>MARK S. SMITH<br>Assistant United States Attorney<br>2601 2nd Ave N.<br>Suite 3200<br>Billings, MT 59101<br>(406) 657-6101 | LUKE MATHERS<br>BLAKE W. COWMAN<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>26 Federal Plaza, Room 346<br>New York, NY 10278<br>(212) 264-9236<br>luke.mathers@usdoj.gov |