IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SUSAN WEBBER AND JONATHAN ST. GODDARD,<br><br>    Plaintiffs,<br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM in her official capacity; and THE UNITED STATES OF AMERICA,<br><br>    Defendants. | CV 25-26-GF-JTJ<br><br>Order |

**IT IS HEREBY ORDERED** that the above-captioned cause is

**REASSIGNED** to the Honorable Dana L. Christensen for all further proceedings.

DATED this 10th day of April, 2025.

_____
Brian Morris, Chief District Judge
United States District Court

1