IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SUSAN WEBBER AND JONATHAN ST. GODDARD,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM in her official capacity; and THE UNITED STATES OF AMERICA,<br><br>Defendants. | CV 25–26–GF–DLC<br><br><br>ORDER |

  Before the Court is Plaintiffs' Motion for a Preliminary and Permanent Injunction and Request for a Hearing. (Doc. 3.)

  IT IS ORDERED that the Court shall hear argument on Plaintiffs' motion (Doc. 3) on May 1, 2025, at 1:30 p.m. at the Missouri River Federal Courthouse in Great Falls, Montana.

  IT IS FURTHER ORDERED that the parties shall file respective notices by 5:00 p.m. on April 24, 2025, of witnesses they intend to call at the hearing along with a brief summary of their expected testimony and the expected length of their testimony.

1

DATED this 10th day of April, 2025.

 

_____
Dana L. Christensen, District Judge
United States District Court