# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA



## Request to Stream Court Proceedings

Before you proceed to complete this form, please carefully read and understand the following rules and guidelines:

*Eligibility:*  This form should be completed if you would like to request access to a non-trial civil proceeding that does not involve witnesses.  Criminal cases are not available for streaming. Parties to actions must file a motion to appear via Zoom or telephonically and should not use this service for remote appearances.

*Submission Format:*  Requests must be made through this online form only.  Please complete all fields.

*Submission Deadline:*  Requests made less than 24 hours prior to the proceeding cannot be guaranteed.

*Notification of Decision:*  Access to streaming is at the discretion of the judicial officer.  You will be notified of the court's decision via email or telephone.  Email your completed form to mtd_streaming@mtd.uscourts.gov.


Name:

Case Number/Case Name:

Date/Time of Hearing:

Email:

Telephone: