Monica J. Tranel
TRANEL LAW FIRM, P.C.
401 Washington Street
Missoula, MT  59802
(406) 926-2662
mtranel@tranelfirm.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| Susan Webber, Jonathan St. Goddard, Rhonda Mountain Chief and David Mountain Chief,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, THE UNITED STATES OF AMERICA, and, in her official capacity, KRISTI NOEM,<br><br>Defendants. | Cause No. CV 25-26-GF-DLC<br><br><br><br>**MOTION TO TRANSFER (DOC. 18) AND MOTION TO STAY (DOC. 20) RIPE FOR RULING** |

Pursuant to Local Rule 7.1(d)(1)(D), Defendants' Motion to Transfer (Doc. 18) and Motion to Stay (Doc. 20) are ripe for ruling as the Plaintiffs' response to both has been submitted (Doc. 22).

DATED this 15th day of April, 2025.

**L.R. 7.1(d)(1)(D): Motions Ripe for Ruling**   1

TRANEL LAW FIRM P.C.

*Monica J. Tranel*
Monica J. Tranel
*Attorneys for Plaintiffs*