LUKE MATHERS  
Trial Attorney  
U.S. Department of Justice  
Civil Division  
Commercial Litigation Branch  
26 Federal Plaza, Room 346  
New York, NY 10278  
(212) 264-9236  
luke.mathers@usdoj.gov  

*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SUSAN WEBBER, JONATHAN ST. GODDARD, RHONDA MOUNTAIN CHIEF, and DAVID MOUNTAIN CHIEF,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM in her official capacity; and THE UNITED STATES OF AMERICA,<br><br>Defendants. | CV 25-26-GF-DLC<br><br><br><br>**DEFENDANTS' MOTION FOR ENLARGEMENT OF WORD LIMIT** |

Defendants, the U.S. Department of Homeland Security, Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security, and the United States of America, respectfully move this Court to enlarge the word limit for their response to plaintiffs' motion for a preliminary and permanent injunction

1

from 6,500 words to 10,500 words. Plaintiffs have been contacted and state that "Plaintiffs do not object so long as [plaintiffs] are granted a one for one word increase above the reply brief limit to match whatever [defendant] word count is above the allowed amount."

DATED: April 18, 2025

OF COUNSEL:

ALEXANDER K. HAAS
Director

STEPHEN M. ELLIOTT
Assistant Director
U.S. Department of Justice
Civil Division
Federal Programs Branch

SOSUN BAE
Senior Trial Counsel
BLAKE W. COWMAN
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch

KURT G. ALME
United States Attorney
MARK S. SMITH
Assistant United States Attorney
2601 2nd Ave N.
Suite 3200
Billings, MT 59101
(406) 657-6101

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Claudia Burke
CLAUDIA BURKE
Deputy Director

/s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Luke Mathers
LUKE MATHERS
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, NY 10278
(212) 264-9236
luke.mathers@usdoj.gov
*Attorneys for Defendants*

2