LUKE MATHERS
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, NY 10278
(212) 264-9236
luke.mathers@usdoj.gov

*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SUSAN WEBBER, JONATHAN ST. GODDARD, RHONDA MOUNTAIN CHIEF, and DAVID MOUNTAIN CHIEF,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM in her official capacity; and THE UNITED STATES OF AMERICA,<br><br>Defendants. | CV 25-26-GF-DLC<br><br><br><br>**DEFENDANTS' BRIEF IN SUPPORT OF MOTION FOR ENLARGEMENT OF WORD LIMIT** |

The Court should grant defendants' motion to enlarge the word limit for their response to plaintiff's motion for a preliminary and permanent injunction from 6,500 words, *see* Local Rule 7.1(d)(2)(A), to 10,500 words.

1

Plaintiffs challenge multiple executive orders and proclamations under a number of theories, statutory and constitutional. Plaintiffs' brief provides little context to aid the Court in the resolution of their motion. An enlargement of the word count by 4,000 words is thus necessary to provide the Court with a complete recitation of the facts and a complete understanding of the many issues raised. Moreover, this is defendants' first (and thus far only) request for an enlargement of the word count for a brief. *See* Local Rule 7.1(d)(2)(D).

Plaintiffs will not be prejudiced by an additional 4,000 words of briefing— they do not oppose defendants' motion, as long as they are allowed more words for their reply. And plaintiffs have had multiple opportunities to try to make their case in filings with no word limit. *See* ECF Nos. 1 and 15.

Because defendants' motion to stay has not yet been ruled on, defendants' response to plaintiffs' motion would appear to be due today under Local Rule 7.1(d)(1)(B)(ii), despite plaintiffs' failure properly serve defendants or even file proof of service. To comply with this deadline, and in an abundance of caution, defendants have attached their response of not more than 10,500 words to this motion, and request that the Court deem the response filed upon the granting of this motion.

For these reasons, defendants respectfully request that the Court enlarge the word limit of defendants' response to plaintiffs' motion for a preliminary and permanent injunction to 10,500 words.

DATED: April 18, 2025

| | |
|---|---|
| OF COUNSEL: | Respectfully submitted,<br><br>YAAKOV M. ROTH<br>Acting Assistant Attorney General |
| ALEXANDER K. HAAS<br>Director | ERIC J. HAMILTON<br>Deputy Assistant Attorney General |
| STEPHEN M. ELLIOTT<br>Assistant Director<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch | PATRICIA M. McCARTHY<br>Director<br><br>/s/ Claudia Burke<br>CLAUDIA BURKE<br>Deputy Director |
| SOSUN BAE<br>Senior Trial Counsel<br>BLAKE W. COWMAN<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch | /s/ Justin R. Miller<br>JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office<br><br>/s/ Luke Mathers |
| KURT G. ALME<br>United States Attorney<br>MARK S. SMITH<br>Assistant United States Attorney<br>2601 2nd Ave N.<br>Suite 3200<br>Billings, MT 59101<br>(406) 657-6101 | LUKE MATHERS<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>26 Federal Plaza, Room 346<br>New York, NY 10278<br>(212) 264-9236<br>luke.mathers@usdoj.gov<br>*Attorneys for Defendants* |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(d)(2)(E), the undersigned, relying on the word count feature of the word-processing system used to prepare the foregoing motion and accompanying memorandum, certifies that this brief contains 278 words.

/s/ Luke Mathers<br>
LUKE MATHERS