IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SUSAN WEBBER AND JONATHAN ST. GODDARD, | CV 25–26–GF–DLC |
| Plaintiffs, | |
| v. | ORDER |
| U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM in her official capacity; and THE UNITED STATES OF AMERICA, | |
| Defendants. | |

Before the Court is Defendants' Motion for Enlargement of Word Limit. (Doc. 27.) Defendants seek to enlarge the word limit for their response to Plaintiffs' motion for a preliminary and permanent injunction from 6,500 words to 10,500 words. (*Id.* at 1–2.) Plaintiffs do not object "so long as [they] are granted a one for one word increase above the reply brief limit to match" the increase Defendants are permitted. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the Motion (Doc. 27) is GRANTED. Defendants' response to Plaintiffs' motion for a preliminary and permanent injunction may include up to 10,500 words.

1

IT IS FURTHER ORDERED that Defendants shall refile the response brief

included at Doc. 27-1. The response shall be deemed timely filed as of April 18,

2025.

DATED this 21st day of April, 2025.

_____

Dana L. Christensen, District Judge
United States District Court