LUKE MATHERS
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, NY 10278
(212) 264-9236
luke.mathers@usdoj.gov
    *Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SUSAN WEBBER, JONATHAN ST. GODDARD, RHONDA MOUNTAIN CHIEF, and DAVID MOUNTAIN CHIEF,<br><br>    Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM in her official capacity; and THE UNITED STATES OF AMERICA,<br><br>    Defendants. | CV 25-26-GF-DLC<br><br><br><br>**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

    Defendants respectfully submit this notice of supplemental authority, which was not cited in defendants' briefing because it was issued yesterday. On April 22, 2025, the Court of International Trade entered an order in *V.O.S. Selections, Inc. v. Trump*, denying plaintiffs' application for a temporary restraining order (TRO) and setting a briefing schedule for plaintiffs' motions for a preliminary injunction and

1

summary judgment. Plaintiffs in *V.O.S.*, like the plaintiffs here, challenge the legality of Executive Order 14257's tariffs. *V.O.S. Selections, Inc. v. Trump*, No. 25-00066, ECF No. 13 (Ct. Int'l Trade Apr. 22, 2025), attached as an exhibit. After full briefing, the Court of International Trade denied the TRO for failure to demonstrate immediate irreparable harm, implicitly recognizing its jurisdiction over the case.

The Court of International Trade's exercise of jurisdiction over the case is irreconcilable with plaintiffs' theory of this Court's jurisdiction. As explained, the Court of International Trade's jurisdiction is exclusive. ECF No. 19 at 18-24. Thus, a decision by this Court to retain jurisdiction over the case would necessarily contradict the Court of International Trade's ruling. That outcome would counter the "uniformity and consistency" of tariffs required by the Constitution and Congress' statutory design. *Id.* at 19-20 (quoting *Conoco, Inc. v. U.S. Foreign-Trade Zones Bd.*, 18 F.3d 1581, 1586 (Fed. Cir. 1994)). Defendants respectfully submit that this Court should instead "uphold[] the exclusivity of the [Court of International Trade's] jurisdiction" by transferring this case to the Court of International Trade. *Id.* at 17 (quoting *United States v. Universal Fruits & Vegetables Corp.*, 370 F.3d 829, 836 (9th Cir. 2004)).

| | |
|---|---|
| DATED: April 23, 2025 | Respectfully submitted, |
| OF COUNSEL: | YAAKOV M. ROTH<br>Acting Assistant Attorney General |
| ALEXANDER K. HAAS<br>Director | ERIC J. HAMILTON<br>Deputy Assistant Attorney General |
| STEPHEN M. ELLIOTT<br>Assistant Director<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch | PATRICIA M. McCARTHY<br>Director<br><br>/s/ Claudia Burke<br>CLAUDIA BURKE<br>Deputy Director |
| SOSUN BAE<br>Senior Trial Counsel<br>BLAKE W. COWMAN<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch | /s/ Justin R. Miller<br>JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office<br><br>/s/ Luke Mathers<br>LUKE MATHERS<br>Trial Attorney |
| KURT G. ALME<br>United States Attorney<br>MARK S. SMITH<br>Assistant United States Attorney<br>2601 2nd Ave N.<br>Suite 3200<br>Billings, MT 59101<br>(406) 657-6101 | U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>26 Federal Plaza, Room 346<br>New York, NY 10278<br>(212) 264-9236<br>luke.mathers@usdoj.gov<br>*Attorneys for Defendants* |