

ADVERTISEMENT

-15%

-22%

-22%

Ultimate Comfort & Pain Relief
OrthoFeet

# Treasury Secretary Bessent Predicts Tax Cuts to Pass by July 4

Scott Bessent told a group of investors that he expected trade tensions with China to de-escalate.

Share full article

Treasury Secretary Scott Bessent, seen on Capitol Hill this month, is negotiating trade deals with several countries. Haiyun Jiang for The New York Times

By Alan Rappeport
Reporting from Washington

April 22, 2025

Treasury Secretary Scott Bessent said on Tuesday that he thought an extension of President Trump's 2017 tax cuts could be complete as soon as July 4 and that the administration would then shift its attention to deregulation.

His comments, which were made during remarks at a private JP Morgan investor event, outlined how he expected Mr. Trump's economic agenda to play out for the rest of the year.

The comments came as policymakers around the world gathered in Washington for the spring meetings of the International Monetary Fund and the World Bank at a time of heightened anxiety over rising trade tension. The I.M.F. downgraded its outlook for growth globally and in the United States as a result of the tariffs that Mr. Trump has imposed on America's trading partners.

Mr. Bessent, who is negotiating trade deals with several countries, suggested that the uncertainty over trade could subside in the coming months and that the administration would be able to focus on other priorities. He has made the case that trade is just one part of an economic agenda that will stimulate economic growth and make the U.S. economy less reliant on government spending.

ADVERTISEMENT

ROCKY MOUNTAINEER
Windows to the Wild
Rocky Mountaineer's curated journeys combine luxury train travel with rich history and incredible views.
LEARN MORE

The Treasury secretary said he believed that the House could pass tax legislation by Memorial Day and that the entire bill could be finalized by early July.

Tracking Trump's First 100 Days ›
**The Trump administration's previous actions on China and tariffs**

- April 14 — Said China's suspension of critical mineral exports to the United States was 'concerning' ›
- April 11 — Issued a rule exempting many electronic parts and devices from the president's tariffs against China ›
- April 8 — Said that China was making a 'big mistake' in retaliating against President Trump's tariffs ›
- April 7 — Threatened to impose huge tariffs on China in response to Beijing's retaliation ›
- March 9 — Declined to rule out that a recession was possible this year ›

+ Earlier entries about China and tariffs

See every major action by the Trump administration ›

"I'm optimistic, maybe we can have the tax bill done by 4th of July," Mr. Bessent said, according to a person in the room who spoke on condition of anonymity to discuss a private event. "It's sequencing, tariffs, tax bill — some certainty on that, then deregulation was always going to take longer."

Republicans have been working on tax legislation that will extend much of the 2017 tax law. Mr. Trump has also been pushing for new measures that would eliminate taxes on tips and Social Security income.

**Editors' Picks**

How Avant-Garde Japanese Designers Forever Changed the Way We Dress

What's the Best Thing I Can Do for the Planet?

Do You Really Need to Cool Down After a Workout?

**Our economics reporters** — based in New York, London, Brussels, Berlin, Hong Kong and Seoul — are digging into every aspect of the tariffs causing global turmoil. They are joined by dozens of reporters writing about the effects on everyday people.

Here's our latest reporting on tariffs and economic policy.

However, the trade war has roiled markets in recent weeks has dominated the discussion among policymakers gathered this week in Washington. The I.M.F. noted that although some of the tariffs that have been enacted by the U.S. are currently paused, the steep tariffs on China will weigh heavily on global growth.

Mr. Trump has imposed a 10 percent tariff on nearly all imports, along with punishing levies of at least 145 percent on Chinese goods that come into the United States. Mr. Trump also imposed what he calls "reciprocal" tariffs on America's largest trading partners, including the European Union, Japan, South Korea and Taiwan, although he has paused those until July as his administration works to secure bilateral trade deals.

ADVERTISEMENT

AMERICAN EXPRESS
You have their backs, and we have yours.
Add an Additional Card Member to your account and you can earn rewards.
Learn More
Terms Apply

In his remarks, which were reported earlier by Bloomberg News, Mr. Bessent expressed optimism that the standoff with China could ease.

"I would posit that over the very near future, there will be a de-escalation," Mr. Bessent said. "We have an embargo now, on both sides."

Mr. Bessent acknowledged that the negotiations with China could be a "slog," but added that "neither side thinks the status quo is sustainable."

Asked about negotiations with China later on Tuesday, Mr. Trump said he thought a fair deal could be reached quickly.

"We're going to be very nice, they're going to be very nice, and we'll see what happens," Mr. Trump said. "But ultimately, they have to make a deal, because otherwise they're not going to be able to deal in the United States."

Alan Rappeport is an economic policy reporter for The Times, based in Washington. He covers the Treasury Department and writes about taxes, trade and fiscal matters.

See more on: U.S. Politics, Treasury Securities, Donald Trump

Share full article

## More on Trump's Tariffs

- **An Army of Robots:** China's secret weapon in the trade war is an army of factory robots, powered by artificial intelligence, that have revolutionized manufacturing.
- **Boeing and a Trade War:** Boeing said that it was making progress toward increasing production of its commercial planes and stabilizing its business after a quality crisis, but the company is facing new threats of disruption from President Trump's tariffs.
- **South Korean Shipbuilding:** As it faces the possibility of a 25 percent tariff on its exports, South Korea thinks it has a way to appeal directly to Trump: through its thriving shipbuilding industry.
- **California Takes Trump to Court:** California filed the largest legal challenge yet to President Trump's trade policies to try to stop his flurry of tariffs and accusing him of causing "immediate and irreparable harm" to the state's economy.
- **The Tariff Sting:** Once considered extreme, Trump's 10% blanket tariffs now looks like the most temperate choice. But researchers have previously estimated that such a measure would cost the average American household from $1,700 to $2,350 more a year.

**More in Politics**

'60 Minutes' Chief Resigns in Emotional Meeting: 'The Company Is Done With Me'

Melania Trump's Easter Surprise

Maybe Musk Isn't All-Powerful, After All

Kristi Noem's Bag, With Security Badge and $3,000, Is Stolen

A Trump Lapel Pin Makes a Point

**Editors' Picks**

A Simple Slogan Creates a Shirt and a Sensation

Are My Pants Really Supposed to Drag on the Ground?

Even Levitating in Space, Katy Perry Manages to Get Dunked On

**Trending in The Times**

- Tiger Woods and Vanessa Trump Make More Sense Together Than You Think
- Six Men Are Charged After Woman Was Dragged From Idaho Town Hall
- Mexico's President Punches Back Against Kristi Noem's Anti-Migrant Ads
- Jimmy Kimmel Praises Pope Francis for Going Out With a Mic Drop
- $800,000 Homes in California, Colorado and Vermont
- We Couldn't Stop Eating These Dishes
- Major Advances in E.V. Batteries Are Announced by Chinese Company
- Palin Loses Libel Retrial Against New York Times
- Opinion: Every Doctor Faces This Dilemma
- Hidden Above a Trap Door, 17th-Century Frescoes Come to Light

ADVERTISEMENT

© 2025 The New York Times Company NYTCo Contact Us Accessibility Work with us Advertise T Brand Studio Your Ad Choices Privacy Policy Terms of Service Terms of Sale Site Map Help Subscriptions

Your Privacy Choices

Add the Sunday Times in print to your subscription. 50% off the first year. Learn more.

NEWSMAX | TV | HEALTH | MONEY | WORLD

NEWSMAXMoney

Wednesday, April 23, 2025

Home | Street Talk | Personal Finance | Economy | Companies | Markets | Investing & Analysis | Insiders | Money Wire | Subscribe

Home | Street Talk

Tags: scott bessent | u.s. | china | tariffs | negotiations

# Bessent: US, China Tariffs Need to Fall for Talks to Start

U.S. Treasury Secretary Scott Bessent delivers remarks during the International Finance Institute Global Outlook Forum on April 23, 2025 in Washington, D.C. (Andrew Harnik/Getty Images)

Wednesday, 23 April 2025 11:53 AM EDT

Comment | Print | A A

U.S. Treasury Secretary Scott Bessent said Wednesday he believes that excessively high tariffs between the U.S. and China will have to come down before trade negotiations can proceed.

Bessent told reporters on the sidelines of International Monetary Fund and World Bank annual meetings that de-escalation was necessary for the world's two largest economies to rebgalance their trading relationship.

Asked whether that meant a reduction in the 145% U.S. tariffs on Chinese goods and China's 125% tariffs on U.S. goods, Bessent said: "I think that has to be because, again, neither side believes that these are sustainable levels. As I said yesterday, this is the equivalent of an embargo and a break between the two countries in trade does not suit anyone's interest."

Simple Habit That Harms Your Sleep
(Read more)

© 2025 Thomson/Reuters. All rights reserved.

**Special Links:**

- What Millions of Americans are Doing to Help Protect Accounts
- Musk's Panic Move: What the World's Richest Man Fears
- A Teaspoon May Help Remove Up to 12Lbs of Fat Each Week
- Can't Get a Full, Deep Breath? Doctors Recommend This
- Bone on Bone Knees? Try This Before you Get Surgery
- Blood Thinner Warning – Check Your Medicine Cabinet

Click Here to comment on this article

Sign up for Newsmax's Daily Newsletter

Receive breaking news and original analysis - sent right to your inbox.

Your Email Address

Zip Code (Optional for Local News) Sign Me Up

Privacy: We never share your email address.

Colorado Launches New Policy For Cars Used Less Than 50...
Insurance Auto Advice

Free Newsmax E-Alerts

Email:
Country: United States
Zip Code: SIGN UP
Privacy: We never share your email.

Colorado Launches New Policy For Cars Used Less Than 50...
Insurance Auto Advice

Take A Look At This

Gold Rallying to Historic Highs: How Long Will it Last?

Recommended by Newsmax

Newsmax2 Live

Around The Web

Gynecologist Baffled: Simple Stretch Relieves Bladder Leaka...

NEWSMAX
Be the first to know.
Get Newsmax Text Alerts.
Text: Newsmax
to: 39747 and get
Breaking News Alerts.
39747
Newsmax
Newsmax: You are signed up for Breaking News text alerts!

Message & Data rates may apply. Up to 1 message per day. Reply STOP to 39747 to cancel anytime.

Colorado Launches New Policy For Cars Used Less Than 50...
Insurance Auto Advice

Around The Web

FROM THE WEB
Cardiologist: Lose a Hanging Belly by Adding This to Your Water
Wellness Wisdom Hub

FROM THE WEB
Ask A Pro: "I'm 70 With $1.4M in IRAs. Should I Convert $160k/Year to a Roth to Save on RMDs?"
SmartAsset

FROM THE WEB
Thousands Are Ditching Gabapentin for This Neuropat...
healthinsightjournal.com

FROM THE WEB
If You Take 1 Shot Of Olive Oil Every Night, This Is What Happens
enrichyourfood.com

FROM THE WEB
Mac Users Didn't Know This Simple Trick To Block All...
Safetechtips.com

FROM THE WEB
How To Stay Down And Compress The Golf Ball (Without...
Performance Golf

FROM THE WEB
7 Ways to Retire Comfortably With $1M
Fisher Investments

FROM THE WEB
Forget Protein, Discover What Really Builds Muscle After 60
Alpha Health Secrets

FROM THE WEB
Top Cardiologist: 1/2 Cup Before Bed Loses Hanging Tummy Quickly!
Health Headlines

FROM THE WEB
Sleep Expert: "This Pillow Can Solve 99% of Sleep Apnea Problems! It Helps Keep Your...
myhealthyhabit.co

FROM THE WEB
In 1997 She Had Septuplets, Then Her Husband Left Her. See How They Look 26 Years Later
https://go.tutorialrepublic.com/

Join the Newsmax Community

Read and Post Comments

Please review Community Guidelines before posting a comment.

Around The Web

FROM THE WEB
7 Ways to Retire Comfortably With $1M
Fisher Investments

Home | Street Talk | Personal Finance | Economy | Companies | Markets | Investing & Analysis | Insiders | Money Wire | Subscribe

NEWSMAX

Contact | Advertise | Shop | RSS | Archives | Links | Careers | Privacy Policy | Terms & Conditions

NEWSMAX.COM
MONEYNEWS.COM
© 2025 Newsmax Media, Inc.
All Rights Reserved

Newsmax, Moneynews, Newsmax Health, and Independent. American. are registered trademarks of Newsmax Media, Inc. Newsmax TV, and Newsmax World are trademarks of Newsmax Media, Inc.

TOP

Allergies? Let us clear things up for you.
Schedule your primary care appointment today.

Intermountain
Health

Webber/St. Goddard Complaint for Injunction
EXHIBIT 20