LUKE MATHERS
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, NY 10278
(212) 264-9236
luke.mathers@usdoj.gov

*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SUSAN WEBBER, JONATHAN ST. GODDARD, RHONDA MOUNTAIN CHIEF, and DAVID MOUNTAIN CHIEF, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM in her official capacity; and THE UNITED STATES OF AMERICA, <br><br> Defendants. | CV 25-26-GF-DLC <br><br><br><br><br> **DEFENDANTS' NOTICE OF WITNESSES** |

Defendants, the U.S. Department of Homeland Security, Kristi Noem, in her

official capacity as Secretary of the Department of Homeland Security, and the

United States of America, respectfully submit this notice in response to the Court's

April 10, 2025 Order, ECF No. 14. Defendants do not intend to call any witnesses

1

to testify at the May 1, 2025 hearing, in part because this Court lacks jurisdiction. Rather than entertain plaintiffs' motion, the Court should stay proceedings then transfer this case to the Court of International Trade for the reasons stated in defendants' motions to stay and transfer. ECF Nos. 18–21.

| | |
|---|---|
| DATED: April 24, 2025 | Respectfully submitted, |
| OF COUNSEL: | YAAKOV M. ROTH<br>Acting Assistant Attorney General |
| ALEXANDER K. HAAS<br>Director | ERIC J. HAMILTON<br>Deputy Assistant Attorney General |
| STEPHEN M. ELLIOTT<br>Assistant Director<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch | PATRICIA M. McCARTHY<br>Director<br><br>/s/ Claudia Burke<br>CLAUDIA BURKE<br>Deputy Director |
| SOSUN BAE<br>Senior Trial Counsel<br>BLAKE W. COWMAN<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch | /s/ Justin R. Miller<br>JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office<br><br>/s/ Luke Mathers<br>LUKE MATHERS |
| KURT G. ALME<br>United States Attorney<br>MARK S. SMITH<br>Assistant United States Attorney<br>2601 2nd Ave N.<br>Suite 3200<br>Billings, MT 59101<br>(406) 657-6101 | Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>26 Federal Plaza, Room 346<br>New York, NY 10278<br>(212) 264-9236<br>luke.mathers@usdoj.gov<br>*Attorneys for Defendants* |

2