Monica J. Tranel
TRANEL LAW FIRM, P.C.
401 Washington Street
Missoula, MT 59802
(406) 926-2662
mtranel@tranelfirm.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| SUSAN WEBBER, JONATHAN ST. GODDARD, RHONDA MOUNTAIN CHIEF, DAVID MOUNTAIN CHIEF and Does 1 – 100,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM in her official capacity; and THE UNITED STATES OF AMERICA,<br><br>Defendants. | Cause No. DV 25-26-GF-DLC<br><br>**NOTICE OF APPEAL FROM ORDER TRANSFERRING CASE DOC. 40** |

PLEASE TAKE NOTICE that Plaintiffs Susan Webber, Jonathan St. Goddard, Rhonda Mountain Chief and David Mountain Chief, hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's April 25, 2025 Order transferring this case to the United States Court of International Trade

**PLAINTIFFS' NOTICE OF APPEAL** 1

pursuant to 28 U.S.C. § 1631. (ECF No. 20), as well as all prior orders and decisions that merge into that Order.

Respectfully submitted this 25th day of April, 2025,

TRANEL LAW FIRM, P.C.

By: /s/ *Monica Tranel*
Monica Tranel
