Monica J. Tranel
TRANEL LAW FIRM, P.C.
401 Washington Street
Missoula, MT  59802
(406) 926-2662
mtranel@tranelfirm.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| Susan Webber, Jonathan St. Goddard, Rhonda Mountain Chief and David Mountain Chief,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, THE UNITED STATES OF AMERICA, and, in her official capacity, KRISTI NOEM,<br><br>Defendants. | Cause No. CV 25-26-GF-DLC<br><br><br>**F.R.Civ.Pro. 62 and FRAP 8(a)(1)(C) MOTION FOR INJUNCTION WHILE APPEAL IS PENDING** |

Plaintiffs move the Court for a preliminary injunction pending appeal pursuant to F.R.Civ.Pro. 62(d) and FRAP 8(a)(1)(C). Pursuant to FRAP 8(a) Plaintiffs are required to file this motion in district court. Plaintiffs request that the hearing set for May 1, 2025 proceed as planned on Plaintiffs' motion for a preliminary injunction. Plaintiffs have alleged irreparable harm and requested expedited relief.

**PLAINTIFFS MOTION FOR INJUNCTION PENDING APPEAL**                    1

Government counsel was contacted regarding this motion but no response has been received at the time of this filing.

Respectfully submitted this 25th day of April, 2025.

                                        TRANEL LAW FIRM, P.C.


                                        By: __/s/ *Monica Tranel*__
                                              Monica Tranel

**PLAINTIFFS MOTION FOR INJUNCTION PENDING APPEAL**                    **2**