OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
For The District of Montana

Tyler P. Gilman
Clerk of Court



Julie Hollenbeck
Chief Deputy Clerk

April 28, 2025

Office of the Clerk
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278

Re:   Susan Webber, et al v. U.S. Department of Homeland Security, et al
       District of Montana Case Number: CV 25-26-GF-DLC

Dear Sir/Madam:

The above entitled case has been transferred to the U.S. Court of International

Trade. Enclosed please find a USB with copies of the transfer order, docket sheet, and

all documents that have been filed in the case.

Please acknowledge receipt of these documents on the copy of this letter and

return the letter to me via email at sarah_nagy@mtd.uscourts.gov

Please feel free to contact me if you need any additional information or have any

questions.

Sincerely,

/s/ Sarah Nagy
Deputy Clerk,
Missoula Division
(406)542-7260