Monica J. Tranel
TRANEL LAW FIRM, P.C.
401 Washington Street
Missoula, MT  59802
(406) 926-2662
mtranel@tranelfirm.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| Susan Webber, Jonathan St. Goddard, Rhonda Mountain Chief and David Mountain Chief,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, THE UNITED STATES OF AMERICA, and, in her official capacity, KRISTI NOEM,<br><br>Defendants. | Cause No. CV 25-26-GF-DLC<br><br>**PLAINTIFFS SUBMISSION OF NINTH CIRCUIT ORDER** |

Susan Webber, Jonathan St. Goddard, Rhonda Mountain Chief, and David Mountain Chief, enrolled members of the Blackfeet Tribe, respectfully submit the attached Order from the Ninth Circuit. All appeal proceedings are stayed pending the district court's ruling on Plaintiffs' Rule 59 motion (Doc. 45 and 46), which is fully briefed (Government opposition Doc. 53) and reply (Doc. 54).

**SUBMISSION OF NINTH CIRCUIT ORDER**                                                                 1

Respectfully submitted this 27th day of May, 2025.

                                      TRANEL LAW FIRM, P.C.

                                By: /s/ *Monica Tranel*
                                      Monica Tranel