| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 27 2026 |
| | MOLLY C. DWYER, CLERK  U.S. COURT OF APPEALS |

SUSAN WEBBER; et al.,

    Plaintiffs - Appellants,

 v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; et al.,

    Defendants - Appellees.

No. 25-2717

D.C. No. 4:25-cv-00026-DLC
District of Montana, Great Falls

ORDER

Before: W. FLETCHER, GOULD, and DE ALBA, Circuit Judges.

This appeal is dismissed for lack of jurisdiction, consistent with the Supreme Court's decision in *Learning Res., Inc. v. Trump*, 607 U.S. ____ (2026) (No. 24-1287). All other pending motions are denied as moot.

**DISMISSED.**